UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In re:

BRAD W. & TRICIA M. HARRALL,

     Debtors.

_____/

File No. 1:11-CV-808

Bankr. No. 08-4148

HON. ROBERT HOLMES BELL

## <u>ORDER APPROVING REPORT AND RECOMMENDATION</u>

The Court has reviewed a report and recommendation ("R&R") (Dkt. No. 1) issued by United States Bankruptcy Judge Jeffrey R. Hughes regarding the Trustee's motion to compel Debtor to turn over property of the estate.  A copy of the R&R was served on Debtors' counsel pursuant to the bankruptcy court's CM/ECF electronic notification procedures, and on Debtors by first-class mail at their last known address at 11041 Ware Rd., Lowell, MI 49311.  The copy of the R&R sent to Debtors was returned as undeliverable. Counsel for Debtors was given notice of the returned mail on August 3, 2011.  (Bankr. Dkt. No. 58.)  Debtors have not filed any objections to the R&R, and the time for doing so has expired.  *See* Bankr. R. 9033(b).  The Court has reviewed the R&R, and agrees with its recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the July 28, 2011, R&R of the Bankruptcy Judge (Dkt. No. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion to compel turnover (Bankr. Dkt. No. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that Debtors are directed to **TURN OVER** to the

Trustee $3,257.00 pursuant to 11 U.S.C. § 542(a).

Dated: September 30, 2011        /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE